UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 5, 2003

3:30 p.m.

*Held to mins.*

---

CASE NO. **3:03CV11 (RNC)**   **Greene v. U.S. Physical Therapy**

COUNSEL OF RECORD:

| | |
|---|---|
| Michael C. Conroy | Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-525-5361 |
| Matthew L. Hoeg<br>✓ *Kim Goodling* | Andrews & Kurth<br>600 Travis<br>Suite 4200<br>Houston, TX 77002-7700<br>713-220-4200 |
| ✓ Richard J. Pascal | O'Brien, Shafner, Stuart,<br>Kelly & Morris, P.C.<br>138 Main St.<br>P.O. Box 310<br>Norwich, CT 06360<br>860-889-3855 |
| Erik E. Roberts | Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-525-5361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK