UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -9 P 12: 58
US DISTRICT COURT
HARTFORD CT

KATHLEEN GREENE,

    Plaintiff,

v.                                            CASE NO. 3:03CV11(RNC)

US PHYSICAL THERAPY

    Defendant.

### ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 9, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 9, 2004.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 5TH day of December 2003.

                                              Robert N. Chatigny
                                            United States District Judge