FILED

2003 DEC 30 P 1:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| **KATHLEEN GREENE** | ) | CIVIL ACTION NO. |
| | ) | 3:03CV00011(RNC) |
| VS. | ) | |
| | ) | |
| **U.S. PHYSICAL THERAPY, INC., d/b/a** | ) | DECEMBER 4, 2003 |
| | ) | |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. C. P. 41(a)(1), Plaintiff, Kathleen Greene, and Defendant, U.S. Physical Therapy, Inc., hereby stipulate to the dismissal, with prejudice, of the above-captioned proceeding.

Dated: December 4, 2003

U.S. PHYSICAL THERAPY, INC.

By _____
Erik E. Roberts, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361
(860) 525-4849 - fax
Federal Bar # ct22166

KATHLEEN GREENE

By _____
Richard J. Pascal, Esq. for
O'Brien, Shafner, Stuart, Kelly &
Morris, P.C.
138 Main Street
Norwich, CT 06360
(860) 889-3855
(860) 886-6352 - fax
Federal Bar # ct03151

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 29th day of December, 2003 to the following:

Richard J. Pascal, Esq.
O'Brien, Shafner, Stuart,
Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360

Matthew L. Hoeg, Esq.
Andrews & Kurth, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

Erik E. Roberts, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361
(860) 525-4849 - fax
Federal Bar # ct22166

F:\USERS\BJR\RJP\Greene\Stipulation for Dismissal.wpd