03CV11Stipdism

FILED

2003 DEC 30 P 1:

46

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT

| KATHLEEN GREENE | ) | CIVIL ACTION NO. |
| --- | --- | --- |
|  | ) | 3:03CV00011(RNC) |
| VS. | ) |  |
|  | ) |  |
| U.S. PHYSICAL THERAPY, INC., d/b/a | ) | DECEMBER 4, 2003 |
|  | ) |  |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. C. P. 41(a)(1), Plaintiff, Kathleen Greene, and Defendant, U.S. Physical Therapy, Inc., hereby stipulate to the dismissal, with prejudice, of the above-captioned proceeding.

Dated: December 4, 2003

U.S. PHYSICAL THERAPY, INC.

By _[signature]_
Erik E. Roberts, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361
(860) 525-4849 - fax
Federal Bar # ct22166

KATHLEEN GREENE

By _[signature]_
Richard J. Pascal, Esq. for
O'Brien, Shafner, Stuart, Kelly &
Morris, P.C.
138 Main Street
Norwich, CT 06360
(860) 889-3855
(860) 886-6352 - fax
Federal Bar # ct03151

FILED 2004 JAN -5 A
U.S. DISTRICT COURT
HARTFORD, CT.

12/31/03 Approved. So ordered.